# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Bennie Wallace,

JUDGMENT IN A CIVIL CASE

v.

Lockheed Martin Operations Support, Inc.

CASE NUMBER: CV-09-5049-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Judgment is hereby entered in Defendant's favor with prejudice.

| | |
|---|---|
| 09/30/10 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |